PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED  1:19-MJ-340-ML

6/24/2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
                      DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-po-00176-KJN |
| Plaintiff, | PROBATION REVOCATION PETITION AND NOTICE OF HEARING |
| v. | |
| BENJAMIN TAYLOR SMITH, | Date: November 8, 2017 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

### INTRODUCTION

The United States, by and through its undersigned counsel, files this Probation Revocation Petition requesting that the Court order the defendant, BENJAMIN TAYLOR SMITH, to show cause why his probation should not be revoked for failure to comply with his Court-ordered probation.

### PROBATION REVOCATION PETITION

On March 27, 2017, the Court sentenced the defendant to a 24-month term of court probation. (Doc. 18.) As a condition of such probation, *inter alia*, the defendant was ordered to:

1. Pay a fine of $300.00 and a mandatory special assessment of $10.00, with $150.00 due immediately and the balance of

$160.00 due within 90 days.

The United States alleges that the defendant has violated his probation as follows:

a) The defendant has failed to pay anything towards the fine and mandatory special assessment. As of the date of this filing, the defendant owes a balance of $310.00.

The United States therefore petitions the Court to add this matter to its criminal calendar on November 8, 2017, at 9:00 a.m. for a Probation Revocation Hearing and to allow the defendant to show cause why the probation granted on March 27, 2017, should not be revoked.

To facilitate the appearance of the defendant, the United States requests that the Court issue a notice to appear.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 18, 2017          PHILLIP A. TALBERT
                                 United States Attorney

                            By:   */s/ Justin L. Lee*
                                 JUSTIN L. LEE
                                 Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  BENJAMIN TAYLOR SMITH,  Defendant. | 2:16-po-00176-KJN  ORDER TO SHOW CAUSE  Date:  November 8, 2017  Time:  9:00 a.m.  Judge: Hon. Kendall J. Newman |

**ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR**

It is Hereby Ordered that the defendant shall appear on November 8, 2017, at 9:00 a.m., to show cause why the probation granted on March 27, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on November 8, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 18, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

10116825

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | 1:19-MJ-340-ML |
|---|---|---|
| v. | ) | |
| Benjamin T Smith | ) | Case No. 2:16-po-00176-KJN |
| | ) | |
| Defendant | ) | |

2017 DEC 11 PM 4:09

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Benjamin T Smith                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☒ Order of the Court

This offense is briefly described as follows:

Violation of 18 USC 3146 Failure to Appear

Date:   12/11/2017

_____
*Issuing officer's signature*

J. Donati, Deputy Clerk
*Printed name and title*

City and state:   Sacramento, CA

### Return

This warrant was received on *(date)*   12/11/17  , and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*